IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-00240-GPM-DGW |
| ) | |
| WEXFORD HEALTH SOURCES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, as a random pick, attorney **Keith D. Price** of the law firm **Sandberg, Phoenix & Von Gontard, P.C.**, 600 Washington Avenue, 15th Floor, St. Louis, Missouri, 63101, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]  The Court informs **Attorney Price** that Plaintiff is currently incarcerated by the Illinois Department of Corrections in the Lawrence Correctional Center.

   **IT IS SO ORDERED**.

DATED:  September 1, 2010

                                                            s/ *Donald G. Wilkerson*
                                                            **DONALD G. WILKERSON**
                                                            **United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.