IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09-cv-00240-GPM-DGW |
| ) | |
| WEXFORD HEALTH SOURCES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, as a random pick, attorney **Brant M. Feltner** of the law firm **Greensfelder, Hemker, & Gale, P.C.**, 12 Wolf Creek Dr, Swansea, Illinois, 62226, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1] Mr. Feltner is **directed** to file his entry of appearance **on or before October 14, 2010.**

The Court informs **Mr. Feltner** that Plaintiff is currently incarcerated by the Illinois Department of Corrections in the Lawrence Correctional Center.

**IT IS SO ORDERED**.

DATED:  September 24, 2010

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.